# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CHARLES LANE, III,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-00794-APG-PAL

**ORDER**

    Petitioner having submitted an unopposed motion for an enlargement of time in which to file an amended petition for a writ of habeas corpus (second request) (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for an enlargement of time in which to file an amended petition for a writ of habeas corpus (second request) (#9) is **GRANTED**. Petitioner shall have through May 15, 2015, to file and serve an amended petition.

    DATED: March 17, 2015.

                                              ANDREW P. GORDON
                                              United States District Judge