RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
C.B. KIRSCHNER
Assistant Federal Public Defender
Pennsylvania Bar No. 92998
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-6419 (Fax)
Cb_Kirschner@fd.org

Attorney for Petitioner Charles Lane III

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLES LANE, III,

        Petitioner,

     v.

DWIGHT NEVEN, et al.,

        Respondents.

Case No. 2:14-cv-00794-APG-PAL

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO ANSWER**

(Third Request)

Petitioner, Charles Lane, by and though counsel, C.B. Kirschner, Assistant Federal Public Defender, moves this Court for an extension of time of seven (7) days from May 4, 2017, to and including May 11, 2017, to file a Reply to Respondents' Answer to the Amended Petition for Writ of Habeas Corpus. This motion is based upon the attached points and authorities and all pleadings and papers on file herein.

/ / /

/ / /

# POINTS AND AUTHORITIES

1.      Charles Lane filed his pro se Petition for a Writ of Habeas Corpus on May 15, 2014. ECF No. 1-1. On July 14, 2015, Mr. Lane, through counsel, filed an Amended Petition. ECF No. 12. Respondents filed an Answer to the Amended Petition on December 19, 2016. ECF No. 28. Mr. Lane's Reply to Respondents' Answer is currently due May 4, 2017. Mr. Lane now requests an additional seven (7) days to file his Reply, until May 11, 2017. This is the third request for an extension of time.

2.      The additional period of time is necessary in order to effectively represent Mr. Lane. This motion is filed in the interests of justice and not for the purposes of unnecessary delay.

3.      Counsel was out of the office for several days last month due to illness and for personal business. Counsel will again be out of the office attending a previously scheduled CLE seminar on May 4th and May 5th.

4.      Additionally, a time-critical matter unexpectedly arose in another habeas case, *Melonie Sheppard v. Jo Gentry*, state case number CR03-0502B, federal case number 3:14-cv-00059-MMD-VPC. The state district court issued a final order on April 12, 2017. Counsel is/was up against a 30-day immovable deadline to resolve this matter, which required extensive negotiations with the State, arrangements with the court, and a trip to the state correctional facility to meet with client.

5.      On May 2, 2017, Deputy Attorney General Matthew Johnson was contacted via email and stated that he did not object to the extension, but the lack of objection should not be construed as a waiver of any issues or defenses.

1    6.    For the above stated reasons, Petitioner respectfully requests this

2    Court grant the request for an extension of time of seven (7) days and order the

3    Reply to be filed on or before May 11, 2017.

4

5    Dated this 4th day of May, 2017.

6                                                Respectfully submitted,
                                                 RENE L. VALLADARES
7                                                Federal Public Defender

8

9                                                /s/ C.B. Kirschner
                                                 C.B. KIRSCHNER
10                                               Assistant Federal Public Defender

11

12

13

14                                               IT IS SO ORDERED:

15

16                                               _____
                                                 UNITED STATES DISTRICT JUDGE

17                                               DATED:  5/8/2017

18

19

20

21

22

23

24

25

26